USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EVA MARIE BEALE,

                              Plaintiff,                         21-CV-5756 (ALC) (KHP)

            -against-                         **ORDER SCHEDULING SETTLEMENT**
                                                                              **CONFERENCE**
RED BUBBLE, INC. & TP APPAREL, LLC,

                              Defendants.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Wednesday, January 12, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **January 5, 2022 by 5:00 p.m.**

      SO ORDERED.

DATED:     New York, New York
              October 13, 2021

                                                                    *Katharine H Parker*
                                                            _____
                                                            KATHARINE H. PARKER
                                                            United States Magistrate Judge