```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
EVA MARIE BEALE,

                                 Plaintiff,                                            21-CV-5756 (ALC) (KHP)

            -against-                                               **ORDER CONVERTING**
                                                                                 **SETTLEMENT CONFERENCE TO**
RED BUBBLE, INC. & TP APPAREL, LLC,                       **TELEPHONIC**

                                 Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Settlement Conference in this matter scheduled for **Wednesday, January 12, 2022 at 10:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

       SO ORDERED.

DATED:      New York, New York
                  December 22, 2021

                                                                       _____
                                                                       KATHARINE H. PARKER
                                                                       United States Magistrate Judge