



Lief Parke LLP
200 Park Avenue, Suite 1700
New York, NY 10166
(646) 632-3744
rparke@liefparke.com

**MEMO ENDORSED**

January 5, 2022

<u>VIA ECF</u>

The Honorable Katharine H. Parker, U.S.M.J.
United States District Court for the
  Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007
Parker_NYSDChambers@nysd.uscourts.gov

   Re: *Beale v. Redbubble, Inc. et al.*, Case 1:21-cv-5756-ALC-KHP

Dear Judge Parker:

We write on behalf of Plaintiff to request an adjournment of the January 12, 2022 settlement conference (Docs. 32 and 41) for the reasons privately shared with the Court and opposing counsel by email. For the reasons expressed, it will be impossible for Plaintiff to attend the presently scheduled conference, even by phone. Opposing counsel have graciously agreed to an adjournment. We will have a better sense of our client's situation next week and will hopefully be able to give the Court a more definite estimate as to when Plaintiff will be able to participate in such a conference.

We thank the Court for its consideration.

               Respectfully submitted,

               LIEF PARKE LLP

               */s/ Richard E. Parke*

               Richard E. Parke

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Wednesday, January 12, 2022 at 10:00 a.m. is rescheduled to <u>Tuesday, March 22, 2022 at 10:00 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Updated pre-conference submissions must be received by the Court no later than <u>March 15, 2022 by 5:00 p.m.</u>

               APPLICATION GRANTED

               Hon. Katharine H. Parker, U.S.M.J.
               01/06/2022