```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/25/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
EVA MARIE BEALE,

                              Plaintiff,

          -against-

RED BUBBLE, INC. & TP APPAREL, LLC,

                             Defendants.
----------------------------------------------------------------X

**21-CV-5756 (ALC) (KHP)**

**ORDER CONVERTING SETTLEMENT CONFERENCE TO VIDEO**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The settlement conference in this matter previously scheduled for **Wednesday, June 1, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby **converted to Microsoft Teams.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. Pre-conference submissions must be received by the Court no later than **May 25, 2022 by 5:00 p.m.**

      **SO ORDERED.**

DATED:     New York, New York
                May 25, 2022

                                                      */s/ Katharine H. Parker*
                                                      _____
                                                      KATHARINE H. PARKER
                                                     United States Magistrate Judge