UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVA MARIE BEALE,<br><br>                                **Plaintiff,**<br><br>     -against-<br><br>RED BUBBLE, INC. & TP APPAREL, LLC,<br><br>                              **Defendants.** | 21-cv-05756 (ALC) (KHP)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

       It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    June 2, 2022
             New York, New York

                                                                 **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**